UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYANNA WALKER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CONTROL GROUP MEDIA COMPANY, INC., et al., <br><br> Defendant. | Case No.: 19cv347-LAB (JLB) <br><br> **ORDER TO SHOW CAUSE RE: DISMISSAL** |

Defendants filed a motion to compel arbitration (Docket no. 8) and a motion to dismiss (Docket no. 13). The hearing date on these motions is Tuesday, June 25, 2019. (*See* Docket no. 14.) The oppositions were therefore due on Tuesday, June 11, 2019. *See* Civil Local Rule 7.1(e)(2). Plaintiffs, who are represented by counsel, have not filed oppositions to the two motions. The hearing on those motions, currently on calendar for Tuesday, June 25, 2019, is **VACATED**.

Plaintiffs are **ORDERED TO SHOW CAUSE** why the two motions should not summarily be granted. *See* Civil Local Rule 7.1(f)(3)(c). They may do so by filing their written opposition by **June 19, 2019**, along with a memorandum of points and authorities not longer than three pages explaining their failure to oppose the motions.

If Plaintiffs fail to show cause as ordered, the Court may construe Plaintiffs' non-opposition as consent to the motions' being granted.  *See* Civil Local Rule 7.1(f)(3)(c).

**IT IS SO ORDERED**.

Dated: June 12, 2019

*[signature]*
Hon. Larry Alan Burns
Chief United States District Judge