Stephanie R. Tatar – State Bar No. 237792
**TATAR LAW FIRM, APC**
3500 West Olive Avenue, Suite 300
Burbank, California 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@thetatarlawfirm.com

Thomas J. Lyons Jr., Esq.
*(Admitted Pro Hac Vice)*
CONSUMER JUSTICE CENTER P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
Facsimile: (651)704-0907
tommy@consumerjusticecenter.com

*Attorney for Plaintiffs*
**Tyanna Walker, Samantha Sanchez,
Terry Hunt, Joe Cardenas, Vladimir Tejada,
Roberto Huerta, Michelle Rice,**
and the class

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Tyanna Walker, Samantha Sanchez, Terry Hunt, Joe Cardenas, Vladimir Tejada, Roberto Huerta, and Michelle Rice** on behalf of themselves and of others similarly situated, | Case No. 3:19-cv-00347-LAB-JLB |
| | Hon. Larry Alan Burns |
| | Courtroom 14A |
| Plaintiffs, | |
| v. | **JOINT MOTION TO STAY CASE TO ALLOW ARBITRATION** |
| **The Control Group Media Company, Inc., Instant Checkmate, LLC,** and **TruthFinders, LLC,** | Action Filed: February 20, 2019 |
| | Am. Complaint: April 2, 2019 |
| Defendants. | |

1

Plaintiffs Tyanna Walker, Samantha Sanchez, Terry Hunt, Joe Cardenas, Vladimir Tejada, Roberto Huerta, and Michelle Rice (collectively, "Plaintiffs") and Defendants The Control Group Media Company, LLC, Instant Checkmate, LLC, and TruthFinder, LLC (collectively, "Defendants") (Plaintiffs and Defendants collectively referred to as the "Parties") file this joint motion to stay this case to allow arbitration.

The Parties agree that the claims in this case should be arbitrated. Specifically, Plaintiffs are not challenging that they are bound by the mandatory arbitration and class action waiver provisions set forth in Defendants' website terms of use and thus their claims must be brought in the claimants' individual capacity and not in a representative or class capacity before an arbitrator with the American Arbitration Association. The Parties, therefore, request that the Court stay this case to allow the Parties to arbitrate. The Parties further agree that, with the granting of their joint motion, Defendants' Motion to Dismiss (Doc. 7) will be moot, except to the extent it will be decided in arbitration.

Accordingly, the Parties request that the Court (1) stay this case to allow arbitration, and (2) deny Defendants' Motion to Dismiss (Doc. 7) as moot, without prejudice to Defendants.

Dated this 17th day of June, 2019.

Respectfully Submitted,

By: *Stephanie R. Tatar*

Stephanie R. Tatar (SBN 237792
TATAR LAW FIRM, APC
3500 West Olive Avenue, Suite 300
Burbank, California 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@thetatarlawfirm.com

David George, Esq.
(*Pro Hac Vice Forthcoming*)
BAKER WOTRING LLP
700 JP Morgan Chase Tower
600 Travis Street
Houston, TX  77002
Telephone: 713-980-1700
Facsimile: 713-980-1701
dgeorge@bakerwotring.com

| | |
|---|---|
| Kevin D. Green, Esq.<br>(*Pro Hac Vice Application Forthcoming*)<br>CONSUMER ADVOCATE OFFICE OF KEVIN GREEN<br>800 Brazos St. Suite 1309<br>Austin, TX 78701<br>Telephone: (512) 695-3613<br>kevingreen68@gmail.com<br><br>Thomas J. Lyons Jr., Esq.<br>(*Admitted Pro Hac Vice*)<br>CONSUMER JUSTICE CENTER P.A.<br>367 Commerce Court<br>Vadnais Heights, MN 55127<br>Telephone: (651) 770-9707<br>Facsimile: (651)704-0907<br>tommy@consumerjusticecenter.com<br><br>*Attorneys for Plaintiffs Tyanna Walker, Samantha Sanchez, Terry Hunt, Joe Cardenas, Vladimir Tejada, Roberto Huerta, and Michelle Rice* | Damon W.D. Wright<br>(*pro hac vice* application to be filed)<br>dwdwright@venable.com<br>Christopher S. Crook<br>(*pro hac vice* application to be filed)<br>cscrook@venable.com<br>600 Massachusetts Avenue NW<br>Washington, DC 20001<br>Telephone: (202) 344-4937<br>Facsimile: (202) 344-8300<br><br>*Attorneys for The Control Group Media Company, LLC; Instant Checkmate, LLC; and TruthFinder, LLC* |

By: *Daniel S. Silverman*

VENABLE LLP
Daniel S. Silverman (SBN 137864)
dssilverman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone: (310) 229-9900
Facsimile:   (310) 229-9901

3

JOINT MOTION TO STAY CASE TO ALLOW ARBITRATION

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2019 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I declare under penalty of perjury that the foregoing is true and correct.

By:   */s/ Stephanie R. Tatar*
       Stephanie R. Tatar