# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYANNA WALKER, et al., <br>                 Plaintiffs, <br> v. <br> THE CONTROL GROUP MEDIA COMPANY, INC., et al., <br>                 Defendant. | Case No.: 19cv347-LAB (JLB) <br><br> **ORDER DENYING REQUEST TO STAY CASE** |

      After Defendants filed a motion to compel arbitration, which Plaintiffs failed to oppose, the parties filed a joint motion (Docket no. 22) agreeing that the claims should be arbitrated, and asking the Court to stay the case pending arbitration. Bearing in mind that arbitration is likely to resolve the case, the Court is not inclined to stay the case and leave it pending needlessly. Rather, the Court is inclined to dismiss the case without prejudice. If, following arbitration, any issues remain to be litigated, the case can be refiled, and the parties should file a notice of related case at that time.

      If the parties agree to this, they do not need to do anything, and the Court will issue an appropriate order. If they object, they must no later than June 25, 2019 file a brief not longer than three pages, explaining why dismissal without

1

prejudice is inappropriate. One joint brief should be filed, and all parties who oppose dismissal should join in it. Briefing in response to the Court's order to show cause (Docket no. 19) is **STAYED**.

**IT IS SO ORDERED**.

Dated: June 18, 2019

Hon. Larry Alan Burns
Chief United States District Judge