Stephanie R. Tatar – State Bar No. 237792
**TATAR LAW FIRM, APC**
3500 West Olive Avenue, Suite 300
Burbank, California 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@thetatarlawfirm.com

Thomas J. Lyons Jr., Esq.
*(Admitted Pro Hac Vice)*
CONSUMER JUSTICE CENTER P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
Facsimile: (651)704-0907
tommy@consumerjusticecenter.com

*Attorney for Plaintiffs*
**Tyanna Walker, Samantha Sanchez,
Terry Hunt, Joe Cardenas, Vladimir Tejada,
Roberto Huerta, Michelle Rice,**
and the class

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Tyanna Walker, Samantha Sanchez, Terry Hunt, Joe Cardenas, Vladimir Tejada, Roberto Huerta, and Michelle Rice** on behalf of themselves and of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**The Control Group Media Company, Inc., Instant Checkmate, LLC,** and **TruthFinders, LLC,**<br><br>Defendants. | Case No. 3:19-cv-00347-LAB-JLB<br><br>**JOINT MOTION TO DISMISS WITHOUT PREJUDICE** |

---

1

JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs Tyanna Walker, Samantha Sanchez, Terry Hunt, Joe Cardenas, Vladimir Tejada, Roberto Huerta, and Michelle Rice (collectively, "Plaintiffs") and Defendants The Control Group Media Company, LLC, Instant Checkmate, LLC, and TruthFinder, LLC (collectively, "Defendants") (Plaintiffs and Defendants collectively referred to as the "Parties") file this joint motion to dismiss this case without prejudice so that it can be arbitrated.

The Parties agree that the claims in this case should be arbitrated. Specifically, Plaintiffs are not challenging that they are bound by the mandatory arbitration and class action waiver provisions set forth in Defendants' website terms of use and thus their claims must be brought in the claimants' individual capacity and not in a representative or class capacity before an arbitrator with the American Arbitration Association.

The Parties, therefore, request that the Court dismiss this case without prejudice. The Parties further agree that, with the granting of their joint motion, Defendants' Motion to Dismiss (Doc. 7) will be moot, except to the extent it will be decided in arbitration.

Accordingly, the Parties request that the Court (1) dismiss this case without prejudice, and (2) deny Defendants' Motion to Dismiss (Doc. 7) as moot, without prejudice to Defendants.

Dated this 17th day of September, 2019.

Respectfully Submitted,

By: *David George, Esq.*

Stephanie R. Tatar (SBN 237792
TATAR LAW FIRM, APC
3500 West Olive Avenue, Suite 300
Burbank, California 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@thetatarlawfirm.com

David George, Esq.
(*Pro Hac Vice Forthcoming*)
BAKER WOTRING LLP
700 JP Morgan Chase Tower
600 Travis Street
Houston, TX 77002
Telephone: 713-980-1700
Facsimile: 713-980-1701
dgeorge@bakerwotring.com

Kevin D. Green, Esq.
(*Pro Hac Vice Application Forthcoming*)
CONSUMER ADVOCATE OFFICE OF KEVIN GREEN
800 Brazos St. Suite 1309
Austin, TX 78701
Telephone: (512) 695-3613
kevingreen68@gmail.com

Thomas J. Lyons Jr., Esq.
(*Admitted Pro Hac Vice*)
CONSUMER JUSTICE CENTER P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
Facsimile: (651) 704-0907
tommy@consumerjusticecenter.com

*Attorneys for Plaintiffs Tyanna Walker, Samantha Sanchez, Terry Hunt, Joe Cardenas, Vladimir Tejada, Roberto Huerta, and Michelle Rice*

By: *Daniel S. Silverman*

VENABLE LLP
Daniel S. Silverman (SBN 137864)
dssilverman@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

*Attorneys for The Control Group Media Company, LLC; Instant Checkmate, LLC; and TruthFinder, LLC*

3

JOINT MOTION TO DISMISS WITHOUT PREJUDICE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2019 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I declare under penalty of perjury that the foregoing is true and correct.

By: */s/ Stephanie R. Tatar*
Stephanie R. Tatar