# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tyanna Walker, Samantha Sanchez, Terry Hunt, Joe Cardenas, Vladimir Tejada, Roberto Huerto, and Michelle Rice on behalf of themselves and of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>The Control Group Media Company, Inc.; Instant Checkmate, LLC; TruthFinders, LLC,<br><br>Defendants. | CASE NO. 19-cv-347 LAB JLB<br><br>Hon. Larry Alan Burns<br>Courtroom 14A<br><br><br>**ORDER** |

The Joint Motion to Dismiss Without Prejudice (Docket no. 24) is **GRANTED**.

It is **ADJUDGED** by consent that Plaintiffs are bound by the mandatory arbitration and class action waiver provisions set forth in Defendants' website terms of use and thus their claims must be brought in the claimants' individual capacity and not in a representative or class capacity before an arbitrator from the American Arbitration Association.

/ / /

/ / /

All other pending motions are **DENIED AS MOOT WITHOUT PREJUDICE.**

Dated : September 30, 2019

_Larry A. Burns_
Hon. Larry Alan Burns
Chief United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER